| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Clark, Ron | 2. Court or Organization District Court, E.D. Texas | 3. Date of Report 05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 300 Willow #221 Beaumont, TX 77701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Administrator / co-trustee of Estate # 1 | Estate # 1 |
| 2. Owner 529 Acct 1 | 529 Acct 1 |
| 3. Owner 529 Acct 2 | 529 Acct 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Texas Retirement Plan, no control |
| 2. | |
| 3. | |

**Clark, Ron**

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Self employed drama competiton judge |
| 2. | 2010 | Salary, Lamar University |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas (Atty CLE Program) | May 14, 2010 | Houston, TX | CLE Speaker - Federal Court Practice | Milage and lunch |
| 2. | Baylor University School of Law | June 4-5, 2010 | Waco, Texas | Judge, Law School Mock Trial competition | Travel, meals, and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Mutual Fund USEXX | A | Interest | J | T | | | | | |
| 2. USAA Mutual Fund USSPX | A | Dividend | K | T | | | | | |
| 3. Vanguard VMMXX Money Market | A | Dividend | K | T | | | | | |
| 4. Vanguard Windsor II Fund | C | Dividend | M | T | | | | | |
| 5. Vanguard Mid-cap Index Fund | A | Dividend | K | T | | | | | |
| 6. Vanguard Mutual Funds IRA 1 | C | Dividend | M | T | | | | | |
| 7. -Health Care Fund | | | | | | | | | |
| 8. -Windsor II Fund | | | | | | | | | |
| 9. -Explorer Fund | | | | | | | | | |
| 10. -500 Index Fund | | | | | | | | | |
| 11. Vanguard Mutual fund IRA 2 - Mid-cap Index Fund | A | Dividend | K | T | | | | | |
| 12. Vanguard Mutual fund IRA 3 - 500 Index Fund | A | Dividend | J | T | | | | | |
| 13. Vanguard Mutual Fund IRA 4 - 500 Index Fund | A | Dividend | K | T | | | | | |
| 14. American Mut. Fund IRA New Perspective Fund | B | Dividend | M | T | | | | | |
| 15. Vanguard Variable Annuity | | None | K | T | | | | | |
| 16. XOM com. stock | C | Dividend | M | T | | | | | |
| 17. U.S. Savings Bond | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UGTMA Account 1 (XOM com. stk) | A | Dividend | | | Sold (part) | 09/13/10 | J | C | |
| 19. | | | | | Sold | 12/15/10 | J | B | |
| 20. HBW Plaza Ltd. | G | Distribution | J | U | | | | | |
| 21. Compass Bank Accounts | A | Interest | L | T | | | | | |
| 22. 529 Acct 1 - American Funds (X) | A | Dividend | J | T | | | | | |
| 23. -New Perspective Fund (X) | | | | | Buy | 03/05/10 | J | | |
| 24. -New Perspective Fund (X) | | | | | Buy (add'l) | 04/05/10 | J | | |
| 25. -New Perspective Fund (X) | | | | | Buy (add'l) | 05/05/10 | J | | |
| 26. -New Perspective Fund (X) | | | | | Buy (add'l) | 06/03/10 | J | | |
| 27. -New Perspective Fund (X) | | | | | Buy (add'l) | 07/06/10 | J | | |
| 28. -New Perspective Fund (X) | | | | | Buy (add'l) | 08/05/10 | J | | |
| 29. -New World Fund (X) | | | | | Buy | 03/05/10 | J | | |
| 30. -New World Fund (X) | | | | | Buy (add'l) | 04/05/10 | J | | |
| 31. -New World Fund (X) | | | | | Buy (add'l) | 05/05/10 | J | | |
| 32. -New World Fund (X) | | | | | Buy (add'l) | 06/03/10 | J | | |
| 33. -New World Fund (X) | | | | | Buy (add'l) | 07/06/10 | J | | |
| 34. -New World Fund (X) | | | | | Buy (add'l) | 08/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Capital Wrld Grwth & Income (X) | | | | | Buy | 03/05/10 | J | | |
| 36. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 04/05/10 | J | | |
| 37. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 05/05/10 | J | | |
| 38. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 06/03/10 | J | | |
| 39. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 07/06/10 | J | | |
| 40. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 08/05/10 | J | | |
| 41. 529 Acct 2 American Funds (X) | A | Dividend | J | T | | | | | |
| 42. -New Perspective Fund (X) | | | | | Buy | 03/05/10 | J | | |
| 43. -New Perspective Fund (X) | | | | | Buy (add'l) | 04/05/10 | J | | |
| 44. -New Perspective Fund (X) | | | | | Buy (add'l) | 05/05/10 | J | | |
| 45. -New Perspective Fund (X) | | | | | Buy (add'l) | 06/03/10 | J | | |
| 46. -New Perspective Fund (X) | | | | | Buy (add'l) | 07/06/10 | J | | |
| 47. -New Perspective Fund (X) | | | | | Buy (add'l) | 08/05/10 | J | | |
| 48. -New World Fund (X) | | | | | Buy | 03/05/10 | J | | |
| 49. -New World Fund (X) | | | | | Buy (add'l) | 04/05/10 | J | | |
| 50. -New World Fund (X) | | | | | Buy (add'l) | 05/05/10 | J | | |
| 51. -New World Fund (X) | | | | | Buy (add'l) | 06/03/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -New World Fund (X) | | | | | Buy (add'l) | 07/06/10 | J | | |
| 53. -New World Fund (X) | | | | | Buy (add'l) | 08/05/10 | J | | |
| 54. -Capital Wrld Grwth & Income (X) | | | | | Buy | 03/05/10 | J | | |
| 55. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 04/05/10 | J | | |
| 56. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 05/05/10 | J | | |
| 57. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 06/03/10 | J | | |
| 58. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 07/06/10 | J | | |
| 59. -Capital Wrld Grwth & Income (X) | | | | | Buy (add'l) | 08/05/10 | J | | |
| 60. AMGN com. stk | | None | M | T | Sold (part) | 03/02/10 | M | D | |
| 61. AT&T com, stk | B | Dividend | K | T | | | | | |
| 62. AMAT com. stk | A | Dividend | J | T | | | | | |
| 63. ADP. com. stk | B | Dividend | L | T | | | | | |
| 64. CVX com. stk | A | Dividend | K | T | | | | | |
| 65. KO com. stk | A | Dividend | K | T | | | | | |
| 66. ETN com. stk | B | Dividend | M | T | | | | | |
| 67. EMR com. stk | B | Dividend | L | T | | | | | |
| 68. FDX com. stk | | None | | | Donated | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HD com. stk | B | Dividend | K | T | | | | | |
| 70. LLY com. stk | B | Dividend | K | T | | | | | |
| 71. MCD com. stk | B | Dividend | K | T | | | | | |
| 72. PEP com stk | B | Dividend | L | T | Sold (part) | 03/02/10 | K | D | |
| 73. PFE com. stk | A | Dividend | K | T | | | | | |
| 74. SLB com. stk | A | Dividend | L | T | | | | | |
| 75. American Mutual Fund, New Perspective Fund | B | Dividend | M | T | | | | | |
| 76. American Mutual Fund Small Cap World | A | Dividend | K | T | | | | | |
| 77. Dreyfus S&P 500 Index Fund X | C | Dividend | M | T | | | | | |
| 78. BAC Cap. TR XII preferred | B | Dividend | J | T | | | | | |
| 79. Nuveen Arizona Prem. Inc. Muni. Bnd. Fund | A | Dividend | J | T | | | | | |
| 80. Dreyfus AMT-Free Mun. Bnd Fund | D | Dividend | M | T | | | | | |
| 81. Dreyfus Mun. Bnd. Fund | C | Dividend | L | T | | | | | |
| 82. Maricopa Cty AZ bond | A | Interest | | | Redeemed | 07/01/10 | J | A | |
| 83. Salt River Prj AZ bonds | A | Interest | K | T | | | | | |
| 84. McCallister Academic VLG bonds | A | Interest | K | T | | | | | |
| 85. Pima Cty AZ bond | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Coconino &Yavapai Cos AZ bonds | A | Interest | J | T | | | | | |
| 87. U.of AZ Cop Brd bond | A | Interest | J | T | | | | | |
| 88. Prescott Vly AZ Mun. bond | A | Interest | J | T | | | | | |
| 89. Mesa AZ Util Sys bonds | A | Interest | J | T | | | | | |
| 90. AZ Health Facs Auth bond | A | Interest | J | T | | | | | |
| 91. UBS - RMA Money Mkt X | A | Interest | M | T | | | | | |
| 92. ▨ IRA | E | Int./Div. | O | T | | | | | |
| 93. -AT&T com. stk | | | | | | | | | |
| 94. -BP com. stk | | | | | Sold | 04/30/10 | J | A | |
| 95. -CVX com. stk | | | | | | | | | |
| 96. -XOM com.stk | | | | | | | | | |
| 97. -WRE com. stk | | | | | | | | | |
| 98. -WRI com. stk | | | | | | | | | |
| 99. -Oppenheimer Champ Income fund | | | | | | | | | |
| 100. -Nuveen Equity P & G fund | | | | | | | | | |
| 101. -ABA preferred shares | | | | | | | | | |
| 102. -USBPRI preferred shares | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Eaton Vance En. Equity Inc Fund | | | | | | | | | |
| 104. -John Hancock Inc Sec. Fund | | | | | | | | | |
| 105. -Lord AbbotBond Deb. Fund | | | | | Buy (add'l) | 07/13/10 | K | | |
| 106. -Franklin H.I. Fund Class A (Y) | | | | | | | | | |
| 107. -Franklin US Govt Sec. A (Y) | | | | | | | | | |
| 108. COST com. stk | A | Dividend | K | T | Buy (add'l) | 09/09/10 | J | | |
| 109. DUK com. stk | A | Dividend | | | Sold | 03/02/10 | J | B | |
| 110. ELNK com. stk | B | Dividend | K | T | Buy | 03/02/10 | K | | |
| 111. GPS com. stk | A | Dividend | K | T | Buy | 03/02/10 | K | | |
| 112. GE com. stk | A | Dividend | J | T | Sold (part) | 03/02/10 | J | B | |
| 113. HUBB com. stk | A | Dividend | K | T | | | | | |
| 114. IP | A | Dividend | J | T | Buy | 09/09/10 | J | | |
| 115. ITW. com.stk | A | Dividend | | | Sold (part) | 03/02/10 | J | B | |
| 116. | | | | | Sold | 05/18/10 | K | C | |
| 117. JNJ com. stk | B | Dividend | K | T | Sold (part) | 03/02/10 | K | C | |
| 118. JPM com. stk | A | Dividend | K | T | Buy | 03/02/10 | K | | |
| 119. LBY com. stk | | None | J | T | Buy | 12/16/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pet & Res Co.: PEO c | A | Dividend | K | T | | | | | |
| 121. PRU com. stk | A | Dividend | K | T | Buy | 03/02/10 | J | | |
| 122. | | | | | Buy (add'l) | 05/18/10 | J | | |
| 123. SE com. stk | A | Dividend | | | Sold | 12/16/10 | J | B | |
| 124. SYS com. stk | A | Dividend | | | Sold | 03/02/10 | L | D | |
| 125. WGL Holdings Inc com. stk | A | Dividend | J | T | | | | | |
| 126. ISHARES MSCI CDP Can Idx Fnd: EWC | A | Dividend | J | T | Buy | 03/02/10 | J | | |
| 127. Lazard Emerg Mkt: LZOEX | A | Dividend | K | T | Buy | 03/02/10 | J | | |
| 128. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 129. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 130. Mat. Pac. Tig. fund: MAPTX | A | Dividend | K | T | Buy | 03/02/10 | K | | |
| 131. Royce 100 fund: UMBWX | A | Dividend | K | T | Buy | 03/02/10 | K | | |
| 132. Scout Itl fund | B | Dividend | L | T | Buy | 03/02/10 | K | | |
| 133. SECTOR SPDR Energy Select: XLE | A | Dividend | K | T | | | | | |
| 134. SECTOR SPDR Tech Select: XLK | B | Dividend | K | T | Buy | 03/02/10 | K | | |
| 135. SPDR S&P Div ETF: SDY | B | Dividend | K | T | Buy | 03/02/10 | K | | |
| 136. Vanguard Small Cap Value | A | Dividend | J | T | Buy | 05/18/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. John Hancock Pat Prem 11 closed end trust | A | Dividend | | | Sold | 03/02/10 | J | B | |
| 138. Nuveen Mun Value fund | B | Dividend | | | Sold | 12/16/10 | K | A | |
| 139. Schwab Money Market account | A | Interest | J | T | | | | | |
| 140. Aquila Group Tax Free Trust of AZ X | A | Interest | | | Sold | 02/02/10 | L | B | |
| 141. Estate # 1, Wells Fargo Money Mkt. Account | A | Int./Div. | | | Closed | 08/17/10 | J | | |
| 142. | | | | | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Sec. 1, lines 2 & 3 refer to 529 education accounts established in March 2010. See also Section VII, lines 22 & 41.

2. Section VII, line 18 - UGTMA Account 1 was closed on December 17, 2010 after sale of remaining stock on December 15 and distribution of proceeds.

3. Section VII, Lines 106 & 107. These items, noted with a "Y" were inadvertently left off last years report, where they should have been reported with annotation "X" like items 22 through 111 in last years report.

4. Section VII, Line 14, Wells Fargo Money Market Account was reported last year at Section VII, Line 81. This was last asset in Estate # 1, and the account was closed after the funds were distributed so the account will not be reported next year, and the estate will have no assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ron Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544